UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICAH A. SOLOMON,                :
                                 :    Civil Action No. 11-1269 (JBS)
          Petitioner,            :
                                 :
     v.                          :    **ORDER**
                                 :
WARDEN, FCI FAIRTON,             :
                                 :
          Respondent.            :

This matter having come before the Court by way of petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on behalf of Petitioner Micah A. Solomon, and the Court having considered the written submissions of the parties and the relevant record, and for the reasons set forth in the Opinion filed herewith,

IT IS on this  **30th**  day of  **January**, 2012,

ORDERED that the Petition for habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail and shall forward the Order to the attorney for Respondent by way of electronic filing; and it is finally

ORDERED that the Clerk is directed to close the file accordingly.

                                    **s/ Jerome B. Simandle**
                                    Jerome B. Simandle
                                    Chief Judge